# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ANDRE JERMAINE RUTLAND,<br>        Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>        Respondent. | No. 74920 |
| ANDRE JERMAINE RUTLAND,<br>        Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>        Respondent. | No. 74921 ✓ |
| ANDRE JERMAINE RUTLAND,<br>        Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>        Respondent. | No. 74922 |

FILED

MAR 0 7 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from purported decisions of the district court denying postconviction petitions for writs of habeas corpus. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

This court's review of these appeals reveals jurisdictional defects. The documents filed in this court do not indicate that postconviction petitions for writs of habeas corpus have been filed in district court in case numbers C323469, C323470, and C324315. To the extent that appellant appeals from the judgments of conviction, the notices of appeal were untimely filed. "[A]n untimely notice of appeal fails to vest jurisdiction

SUPREME COURT
OF
NEVADA

(O) 1947A

18-08921

in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider these appeals, and we

ORDER these appeals DISMISSED.

_____ , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

cc: Hon. Michael Villani, District Judge
Hon. Susan Johnson, District Judge
Andre Jermaine Rutland
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk